## ROBERTS v. STATE.

No. 16453.

Court of Criminal Appeals of Texas.
Jan. 10, 1934.

Rehearing Denied Feb. 14, 1934.

Vickers & Campbell, of Lubbock, and T. L. Price, of Post, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

The conviction is for unlawfully possessing a still for the manufacture of intoxicating liquor; punishment assessed being two years in the penitentiary.

We observe no defect in the indictment. The record is before this court without bills of exception or statement of facts. In such condition nothing is presented for review.

The judgment is affirmed.